IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. |
| ) | 3:02cr89-MHT |
| WILLIE C. LONG ) | (WO) |

## ORDER

The court having been orally informed that defendant Willie C. Long's projected release date is imminent, and the court being of the opinion of special plans should be made because defendant Long's release is so soon, it is ORDERED that a hearing to discuss what can be done to prepare defendant Willie C. Long for a successful return to the community is set for February 10, 2012, at 7:45 a.m., in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

The clerk of the court is to arrange for the appointment of counsel for defendant Long.

Defendant Long, his attorney, the government's attorney, and the appropriate probation staff are all to be present.

DONE, this the 30th day of January, 2012.

                        /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**